# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE MARIE STEIGER,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Adminstration,<br><br>        Defendant. | No. CV 12-1069-CW<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: March 14, 2013

_____
    CARLA M. WOEHRLE
United States Magistrate Judge